| PROB 22 (Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)* 5:11CR00458-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:14-00167-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Ignacio Nava-Adame<br>112B Chesnut Avenue<br>Cookeville, Tennessee | SOUTHERN DISTRICT OF TEXAS | Laredo |
| | NAME OF SENTENCING JUDGE | |
| | George P. Kazen | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 05/06/2014    TO 05/06/2016 |

OFFENSE

Bulk Cash Smuggling

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS - Laredo Division

    It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

8/28/14
_Date_

_George P. Kazen_
_Senior United States District Judge_

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE - Cookeville Division

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

10-22-14
_Effective Date_

_United States District Judge_

**RECEIVED**

SEP - 5 2014

U.S. Probation Office
Laredo, TX